JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN S.,<br>　　　　Plaintiff<br>　　v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>　　　　Defendant. | Case No. 5:20-cv-01940-GJS<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: January 24, 2022

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE